UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IAOSHUA MEADOWS, | ) | CASE NO. CV 12-9634-JST (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| M.D. BITER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   <u>September 3, 2013</u>.


                           JOSEPHINE STATON TUCKER
                           ─────────────────────────
                           JOSEPHINE STATON TUCKER
                           UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\JUDGMENT.wpd